GORDON STANLEY RHODES, Appellant, *v.*
GILDA JEAN RHODES, Respondent.

No. 7066

January 8, 1974                    517 P.2d 1007

*Jerry Collier Lane,* of Carson City, for Appellant.

*Fondi & Banta,* of Carson City, for Respondent.

## OPINION

*Per Curiam:*

We have reviewed the entire record; the evidence justifies

the trial court's property distribution; the decree is in all respects affirmed.[1]

---

[1]MOWBRAY, J., being disqualified, the Governor appointed Waters, D. J., to sit in his stead. While this appeal was under submission, Waters, D. J., died. As this case involves no novel points of law, but simply review of the record, which we find entirely· adequate to support the trial court, said appeal is disposed of by a quorum of the Court. Nev. Const. art. 6, § 2.